

# THE THIRTEENTH COURT OF APPEALS

---

## 13-21-00365-CV

---

Edcouch-Elsa Independent School District
v.
Lisa Cabrera

---

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Court Cause No. C-0457-21-F

---

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

August 11, 2022